# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

MARI-LYNN HOFFMAN and MARK ROBERT HOFFMAN,

                Plaintiffs

V.

UNITED STATES OF AMERICA,

                Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 CIV 10714 BRIEANT

TO: (Name and address of defendant)

UNITED STATES OF AMERICA
c/o Department of the Interior
1849 C Street, NW
Washington, D.C. 20240

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WORBY GRONER EDELMAN LLP
11 Martine Avenue, PH
White Plains, NY 10606

an answer to the complaint which is herewith served upon you, within ____30____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
CLERK

(BY) DEPUTY CLERK

DATE: NOV 30 2007

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 12/5/07 |
| NAME OF SERVER (PRINT) Valentine A. Bilcik | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

[XX] Served personally upon the defendant. Place where served: Served Court Security Officer Brusco at Office of the U.S. Attorney, 300 Quarropas Street, White Plains, NY

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/5/07
           Date

*Valentine A. Bilcik*
Signature of Server

11 Martine Avenue, White Plains, NY 10606
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARI-LYNN HOFFMAN and MARK ROBERT            Docket No. 07 CIV 10714
HOFFMAN,

                         Plaintiff,            AFFIDAVIT OF SERVICE

    -against-

THE UNITED STATES OF AMERICA,

                         Defendant.
-----------------------------------------------------------------X

STATE OF NEW YORK     )
COUNTY OF WESTCHESTER  )

       **CHRISTOPHER AGOSTA**, being duly sworn, deposes and says:

       I am not a party to this action, am over 18 years of age and reside at 11 Martine Avenue, Penthouse, White Plains, New York 10606 (office.)

       On December 5, 2007, I served a SUMMONS AND COMPLAINT in the following manner:
       By mailing via certified mail- return receipt requested in a sealed envelope, with postage paid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known addresses of the addressee(s) as indicated below:

TO:    United States Department of the Interior
        1849 C Street NW
        Washington, D.C. 20240

        United States Department of the Interior
        One Gateway Center
        Newton, MA 02458

        Attorney General of the United States
        U.S. Department of Justice
        950 Pennsylvania Avenue, NW
        Washington, DC 20530

                                                             _____
                                                                 CHRISTOPHER AGOSTA

Sworn to before me this
day of December, 2007

_____    MICHAEL L. TAUB
      Notary Public                     Notary Public, State of New York
                                             No. 02TA4806221
                                           Qualified in Westchester County
                                         Commission Expires July 31, 20_10_