

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 15, 2008

**BY FIRST CLASS MAIL**
**AND BY FACSIMILE**
Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas St., Room 275
White Plains, New York 10601
Facsimile No. (914) 390-4085

                          Re:    **Hoffman v. United States**
                                  07 Civ. 10714 (CLB) (LMS)

Dear Judge Brieant:

      I am the Assistant United States Attorney assigned to represent the United States (the "Government") in the above-referenced case. I respectfully write to request an adjournment of the initial pretrial conference scheduled in this matter for January 18, 2008, until a date after February 4, 2008, when the Government's response to the Complaint is due. Plaintiff consents to this request.

      Plaintiff served the Office of the United States Attorney with a copy of her Complaint on December 5, 2007. Pursuant to Rule 12(a)(3)(A) of the Federal Rules of Civil Procedure, the Government's response to the Complaint is due 60 days thereafter, i.e., on February 4, 2008. By an order dated December 3, 2007, which this Office received on January 2, 2008, the Court set an initial pretrial conference in this matter for this Friday, January 18, 2008. The Government respectfully requests that the Court adjourn the January 18 conference until a date after February 4, 2008, so that the Government may be fully prepared at the conference to respond to the allegations in the Complaint and inform the Court of its position in this matter. As noted, Plaintiff consents to this request.

Thank you for your consideration of this request.

                Respectfully,

                MICHAEL J. GARCIA
                United States Attorney

By: _____
       BRIAN M. FELDMAN
       Assistant United States Attorney
       Telephone No. (212) 637-2777
       Facsimile No. (212) 637-2717

cc: **BY FIRST CLASS MAIL**
     **AND BY FACSIMILE**
     Michael L. Taub, Esq.
     WORBY GRONER EDELMAN LLP
     11 Martine Avenue, Penthouse
     White Plains, New York 10606
     Facsimile No. (916) 686-8080