

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

January 17, 2008

**BY FACSIMILE**
Michael L. Taub, Esq.
WORBY GRONER EDELMAN LLP
11 Martine Avenue, Penthouse
White Plains, New York 10606
Facsimile No. (914) 686-8080

                Re:    **Hoffman v. United States**
                       07 Civ. 10714 (CLB) (LMS)

Dear Mr. Taub:

     I write to inform you that the Court has adjourned the initial pretrial conference in the above-referenced matter from January 18, 2008, until February 8, 2008. If you have any questions, you may reach me at the number below.

                                                  Sincerely,

                                                  MICHAEL J. GARCIA
                                                  United States Attorney

                          By:  _____
                                      BRIAN M. FELDMAN
                                      Assistant United States Attorney
                                      Telephone No. (212) 637-2777
                                      Facsimile No. (212) 637-2717

cc:  **BY FACSIMILE**
       Honorable Charles L. Brieant
       United States District Judge
       Facsimile No. (914) 390-4085