AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

MARI-LYNN HOFFMAN and MARK ROBERT HOFFMAN

V.

THE UNITED STATES OF AMERICA
MAUPINTOUR, LLC and MAUPINTOUR HOLDIN

*Amended*
## SUMMONS IN A CIVIL ACTION

CASE NUMBER:  07CV10714 (CLB)

TO: (Name and address of Defendant)

Maupintour, LLC
c/o Maund Cotton Wolken & Greengrass
60 Park Place
Newark NJ 07102

Maupintour Holding, LLC
c/o Maund Cotton Wolken & Greengrass
60 Park Place
Newark NJ 07102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WORBY GRONER EDELMAN LLP
11 MARTINE AVENUE
PENTHOUSE
WHITE PLAINS, NEW YORK 10606

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*J. M. McMahon*
CLERK

(By) DEPUTY CLERK

JUN 2 6 2008
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 26, 2008 |
| NAME OF SERVER (PRINT) Christopher Agosta | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   See annexed rider.

## STATEMENT OF SERVICE FEES

| TRAVEL Not applicable | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 7, 2008            *[signature]*
              Date                    Signature of Server

                    76 N. Main Street, Pearl River, NY 10965
                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARI-LYNN HOFFMAN and MARK ROBERT        Docket No. 07 CIV 10714
HOFFMAN,

                    Plaintiff,                AFFIDAVIT OF SERVICE

    -against-

THE UNITED STATES OF AMERICA, MAUPINTOUR,
LLC and MAUPINTOUR HOLDING, LLC,

                    Defendant.
-------------------------------------------------------------------X

       On June 26, 2008, I served an AMENDED SUMMONS and AMENDED COMPLAINT in the following manner: By mailing the same in a sealed envelope, with postage paid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known addresses of the addressee(s) as indicated below:

TO:    MOUND COTTON WOLLAN & GREENGRASS
        Attorneys for Defendant MAUPINTOUR, LLC
        60 Park Place
        Newark, NJ 07102-5497

        MOUND COTTON WOLLAN & GREENGRASS
        Attorneys for Defendant MAUPINTOUR HOLDING, LLC
        60 Park Place
        Newark, NJ 07102-5497

        OFFICE OF THE UNITED STATES ATTORNEY
        Attorneys for Defendant THE UNITED STATES OF AMERICA
        300 Quarropas Street
        White Plains, NY 10601

       On July 9, 2008, I served an AMENDED SUMMONS and AMENDED COMPLAINT in the following manner: By mailing the same in a sealed envelope, with postage paid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known addresses of the addressee(s) as indicated below:

        OFFICE OF THE UNITED STATES ATTORNEY
        Attorneys for Defendant THE UNITED STATES OF AMERICA
        86 Chambers Street
        New York, NY 10007

This mailing was in accordance with a prior Stipulation between counsel for the Plaintiffs and Counsel for the Maupintour Defendants in which Counsel for the Maupintour defendants agreed to accept service for the Maupintour defendants.