UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MARI-LYNN HOFFMAN and MARK ROBERT          07 Civ. 10714 (CLB)
HOFFMAN,

                      Plaintiffs,

      - against -                                 **DEFENDANTS MAUPINTOR, LLC AND MAUPINTOUR HOLDINGS, LLC'S, RULE 7.1 STATEMENT**

MAUPINTOUR, LLC and MAUPINTOUR
HOLDINGS, LLC,

                      Defendants.
------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Maupintour, LLC and Maupintour Holdings, LLC, defendants in the above-captioned matter, state that Maupintour, LLC and Maupintour Holdings, LLC are corporations duly organized and existing under the laws of the State of Nevada.

Dated: Newark, New Jersey
       July 21, 2008

                                        MOUND COTTON WOLLAN
                                        & GREENGRASS


                                        By   /s/ Frank J. DeAngelis
                                             Frank J. DeAngelis (FD9334)
                                             Nader A. Abadir (NA1816)
                                             Attorneys for Defendants Maupintour, LLC
                                             and Maupintour Holdings, LLC
                                             60 Park Place
                                             Newark, New Jersey 07102
                                             973-494-0600

## AFFIDAVIT OF SERVICE

NADER ABADIR, being duly sworn, deposes and says:

That deponent is not a party to this action, is over the age of 18 years and resides at Bergen County, New Jersey.

That on 21st day of July 2008 deponent served the within **RULE 7.1 STATEMEMNT** upon:

> Michael L. Taub, Esq.
> Worby Groner Edelman LLP
> Attorneys for Plaintiffs
> 11 Martine Avenue
> White Plains, New York 10606

the address designated by said attorney for that purpose by depositing the same enclosed in a postpaid properly addressed wrapper directed to said attorney at the above address in an official depository under the exclusive care and custody of the U.S. Postal Service.

_____
Nader Abadir

Sworn to before me this
21st day of July 2008

_____
Notary Public

SUZANNE CAREY
NOTARY PUBLIC, State of New York
No. 31-4770155
Qualified in New York County
Commission Expires February 4, 20 11