## **CERTIFICATE OF SERVICE**

     I, Brian M. Feldman, an Assistant United States Attorney in the Southern District of New York, hereby certify that I served the United States of America's Answer to the Amended Complaint upon the following parties by ECF filing on July 22, 2008, and by causing a copy to be mailed to the following parties at the following address on July 23, 2008, by first class mail:

>Michael L. Taub, Esq.
>Worby Groner Edelman LLP
>11 Martine Avenue
>White Plains, New York 10606
>*Attorneys for Plaintiff*
>
>Frank J. DeAngelis, Esq.
>Mound Cotton Wollan & Greenglass
>60 Park Place
>Newark, New Jersey 07102
>*Attorneys for defendants Maupintour,*
>*LLC and Maupintour Holdings, LLC*

Dated: July 22, 2008
       New York, New York

                                                 /s/ Brian M. Feldman
                                                 BRIAN M. FELDMAN
                                                 Assistant United States Attorney
                                                 Telephone No. (212) 637-2777
                                                 Brian.Feldman@usdoj.gov